UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| APRIL DINA WARD, | ) |
| Plaintiff, | ) |
| vs. | ) 2:23-CV-75 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons set forth in the accompanying Memorandum Opinion and Order filed this day, the Court **DENIES** Claimant's Motion for Judgment on the Pleadings [Doc. 10]. Accordingly, this action is **DISMISSED**.

ENTER:

                                                             *s/LeAnna R. Wilson*
                                                         CLERK OF COURT